BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Petitioner,<br><br>                v.<br><br>KAREN LYNN STONE, individually and as sole proprietor of the STONE LAW GROUP,<br><br>                              Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**<br><br>**Taxpayer:**<br>**KAREN LYNN STONE** |

Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

1. Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

2. By personal knowledge and knowledge of applicable procedures, LISA R. CUMIFORD is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service.  She is authorized to issue an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section

/ / /

301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, KAREN LYNN STONE, individually and as sole proprietor of the Stone Law Group, resides at 1678 Kenosha Avenue, Clovis, California, within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer LISA R. CUMIFORD is conducting an investigation of the respondent, KAREN LYNN STONE, seeking to determine respondent's correct Form 1040 taxes for the tax year ending December 31, 2007, and to secure collection information for assessed Form 941 Employer's Federal Quarterly Tax for the tax periods December 31, 2008, March 31, 2009, June 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, and September 30, 2011, and assessed Form 940 Employer Annual Federal Unemployment Tax for the tax periods December 31, 2008, December 31, 2009 and December 31, 2010, all relating to Respondent Stone's sole proprietor law practice.

5. On information and belief, the respondent, KAREN LYNN STONE, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on March 26, 2012, Revenue Officer LISA R. CUMIFORD issued an Internal Revenue Service summons directing the respondent, KAREN LYNN STONE, to appear before the Revenue Officer on April 12, 2012, at the hour of 9:00 a.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on March 28, 2012, Revenue Officer LISA R. CUMIFORD left an attested copy of the summons at respondent's last and usual place of abode by affixing the summons to the front door of Respondent Stone's residence. By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as Exhibit A to the petition. This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, KAREN LYNN STONE, did not appear on April 12, 2012. Instead, on that date the Revenue Officer received a voice message from respondent's office,

VERIFIED PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS

2

stating that respondent was in court that day and that documents would be delivered the next day. Nothing was delivered the next day. Partial compliance was received later. Despite further efforts by IRS Counsel, full compliance has not been received.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of KAREN LYNN STONE, seeking to determine her correct Form 1040 taxes for the tax year ending December 31, 2007, and to secure collection information for assessed Form 941 Employer's Federal Quarterly Taxes for the tax periods December 31, 2008, March 31, 2009, June 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011, and September 30, 2011, and for Form 940 Employer Annual Federal Unemployment Tax for the periods December 31, 2008, December 31, 2009 and December 31, 2010, all relating to Respondent Stone's sole proprietor law practice.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, KAREN LYNN STONE, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, KAREN LYNN STONE, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer LISA R. CUMIFORD or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Dated: July 1, 2013                    Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                              By:    */s/  YHimel*
                                              YOSHINORI H. T. HIMEL
                                              Assistant U.S. Attorney
                                              Attorneys for Petitioner
                                              United States of America

**VERIFICATION BY REVENUE OFFICER LISA R. CUMIFORD**

Revenue Officer LISA R. CUMIFORD, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

1. I am the investigating Revenue Officer in this case.

2. Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

    a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.

    b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.

    c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.

    d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2013.

*Lisa R. Cumiford*
LISA R. CUMIFORD
Revenue Officer
Internal Revenue Service

VERIFICATION BY REVENUE OFFICER   1
LISA R. CUMIFORD



# Summons
## Collection Information Statement

**In the matter of** KAREN LYNN STONE, 776 E SHAW AVE STE 207, FRESNO, CA 93710-7714
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** KAREN LYNN STONE
**At:** 776 E SHAW AVE STE 207, FRESNO, CA 93710-7714

You are hereby summoned and required to appear before LISA R CUMIFORD, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 09/25/2011 To 03/25/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

2525 CAPITOL STREET, SUITE 206, FRESNO CA 93721-2227  (559) 443-7647

Place and time for appearance: At 2525 CAPITOL STREET, SUITE 206, FRESNO, CA 93721-2227

**IRS**

on the 12th day of April, 2012 at 9:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 26th day of March, 2012

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

LISA R CUMIFORD  *Lisa Cumiford*    REVENUE OFFICER
Signature of issuing officer                    Title

_____    _____
Signature of approving officer *(if applicable)*   Title

**Original** -- to be kept by IRS

**EXHIBIT A page 1 of 3**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 3/28/2012 | 2:30 pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

affixed to the front door at 1678 Kenosha Ave, Clovis, CA 93619

| Signature | Title |
|---|---|
| Lisa Cumiford | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Lisa Cumiford | Revenue Officer |

Catalog No. 25000Q                                                                 Form **6637** (Rev. 10-2010)

EXHIBIT A page 2 of 3

**Attachment 1 to Summons Form 6637**

In the matter of **KAREN LYNN STONE**

Period information: Form 940 for the calendar periods ending December 31, 2008, December 31, 2009 and December 31, 2010. Form 941 for the quarterly periods ending December 31, 2008, March 31, 2009, June 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, September 30, 2010, December 31, 2010, March 31, 2011, June 30, 2011 and September 30, 2011. Form 1040 for the calendar period ending December 31, 2007.