BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>KAREN LYNN STONE, individually and as sole proprietor of the STONE LAW GROUP,<br><br>　　　　　　　　　　Respondent. | **1:13-cv-01017-AWI-GSA**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE, REQUEST TO VACATE HEARING; ORDER CLOSING FILE**<br><br>**Taxpayer:**<br>**KAREN LYNN STONE** |

TO THIS HONORABLE COURT:

　　　PLEASE TAKE NOTICE that Respondent Karen Lynn Stone, individually and as sole proprietor of the Stone Law Group, has complied with the summons at issue in the above-captioned Internal Revenue Service summons enforcement proceeding. Therefore, Petitioner United States of America requests that the October 4, 2013 hearing on the order to show cause be vacated, and that the case be closed.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: September 19, 2013 | Respectfully submitted, |
| 2 | | BENJAMIN B. WAGNER |
| 3 | | United States Attorney |
| 4 | By: | /s/  YHimel |
| 5 | | YOSHINORI H. T. HIMEL |
| | | Assistant U.S. Attorney |
| 6 | | Attorneys for Petitioner |
| | | United States of America |

PETITIONER'S NOTICE OF COMPLIANCE, REQUEST
TO VACATE HEARING; ORDER CLOSING FILE

2

# **ORDER**

Upon Petitioner's notice of compliance and request to vacate hearing, the Clerk shall vacate the hearing and close the file.

IT IS SO ORDERED.

Dated:   September 19, 2013                                                                         
                                                                SENIOR  DISTRICT  JUDGE